UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | M.B.D. No. 04-10213 |
| ) | |
| v. ) | |
| ) | Magistrate Judge No. |
| CARLI HOLLAND ) | 04-848-MBB |
| ) | |
| Defendant. ) | |

**UNITED STATES' SUPPLEMENTAL MOTION TO EXCLUDE
TIME PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, supplements its original Motion to Exclude time, dated August 2, 2004, that the Court enter an Order excluding the seven (7) day period of time from July 24, 2004, through July 30, 2004, from the provisions of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The defense counsel, Walter Underhill, could not be contacted as to whether or not he consents to this Motion. According to Mr. Underhill's answering service, Mr. Underhill has been out of the office. Several detailed messages were left on his voicemail regarding this Motion. The reason for this Motion is that this period of time was the week of the Democratic National Convention and the grand jury hearing the evidence on this case, as well as all federal grand juries in Boston did not sit due to the Convention.

Therefore, the government respectfully requests that this period from July 24, 2004 through July 30, 2004 be excluded in the interests of justice.

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
     CYNTHIA W. LIE
     Assistant U.S. Attorney
     United States Courthouse
     Suite 9200
     Boston, MA 02210
     (617) 748-3267

Dated: August 4, 2004

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon Walter H. Underhill, Law Office of Walter H. Underhill, 66 Long Wharf, 4th Floor, Boston, MA 02110, by United States mail on this 4th day of August, 2004.

_____
CYNTHIA W. LIE
Assistant U.S. Attorney