6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------X
                                   )
IN RE:  Request from Lithuania     )
        Pursuant to the Treaty     )
        Between the United States of )  No. _____
        America and Lithuania on Mutual )   [INDICATE WHETHER UNDER SEAL]
        Assistance in Criminal Matters )
        in the Matter of Alvydas   )
        Jurgaitis                  )
                                   )
-----------------------------------X
```

APPLICATION FOR ORDER PURSUANT TO THE TREATY
ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND
TITLE 28, UNITED STATES CODE, SECTION 1782

The United States petitions this Court for an Order, pursuant to Article 5(1) of the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Lithuania, in force August 8, 1999, ( ___ U.S.T. ___ ), 28 U.S.C. § 1782, and its own inherent authority, appointing Emily Schulman as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the attached request from Lithuania made pursuant to the Treaty.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ Emily Schulman
EMILY R. SCHULMAN
Assistant United States Attorney