13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------x
IN RE:  Request from Lithuania            )
        Pursuant to the Treaty            )    04 MBD 10210
        Between the United States of      )    No. _____
        America and Lithuania on Mutual   )    [INDICATE WHETHER UNDER SEAL]
        Assistance in Criminal Matters    )
        in the Matter of Alvydas          )
        Jurgaitis                         )
                                          )
------------------------------------------x

ORDER

Upon application of the United States, and upon review of the request from Lithuania seeking evidence under the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Lithuania, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and Lithuania, in force August 8, 1999, ( ___ U.S.T. ___ ), as well as 28 U.S.C. § 1782 and this Court's inherent authority, that persons within the jurisdiction of this Court shall be required to provide testimony and produce documents and other things in accordance with the Treaty Request of August 29, 2003, without notice to the target or defendant in the foreign criminal proceedings, and Emily R. Schulman is appointed a Commissioner of this Court; to take such steps as are necessary, including the issuance of Commissioner's subpoenas, to



14

obtain the evidence requested by Lithuania; to adopt such procedures for the receipt of the evidence as are consistent with the use of the evidence within Lithuania; to seek such further orders of the Court as are necessary to execute this request; to certify the testimony and documents obtained and to submit the evidence to the Office of International Affairs, United States Department of Justice, for transmission to Lithuania; and to do all else that may be necessary for the accomplishment of the purposes of this Order.

_____
UNITED STATES DISTRICT JUDGE

Dated: This __2d__ day of __August__, 2004.